IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re MICHAEL K. CORNELIUS, | No. C 12-0419 CW (PR) |
| Petitioner. | ORDER OF DISMISSAL |
| _____/ | |

On January 26, 2012, Petitioner, a state prisoner, filed a document with the Court, and a case was opened as a habeas corpus action. On the same day, the Clerk of the Court sent a notice to Petitioner informing him that his action could not go forward until he filed with the Court a habeas corpus petition form, completed in full. He was advised to do so within thirty days or his action would be dismissed. The Clerk sent Petitioner a blank habeas corpus petition form.

He also was sent another notice directing him either to pay the filing fee or file a completed prisoner's _in forma pauperis_ (IFP) application. The Clerk sent Petitioner a blank IFP application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

More than thirty days have passed and Petitioner has not filed a petition or an IFP application. Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

The Clerk shall enter judgment in accordance with this Order and close the file.

IT IS SO ORDERED.

Dated: 4/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE