IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re MICHAEL K. CORNELIUS,                    No. C 12-0419 CW (PR)

        Petitioner.                                JUDGMENT

    Pursuant to the dismissal Order signed today, this case is DISMISSED without prejudice.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 4/11/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE